**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 12-cv-01259-LTB (Consolidated w/ 12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

---

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

CHADWICK PLACE, LLC,
RICHARD A. FRIEDMAN, individually,
RAF, LLC,
JSM BUILDERS, INC.,
JEREMY S. MACGRAY, individually,
SOUND CONSTRUCTION, INC.,
ROGER KAROLEWSKI, individually,
KJC, INC.,
KIRK JONES CONSTRUCTION, INC.,
KIRK JONES, individually,
PITT ROOFING & CONSTRUCTION, INC., and
ERIC SMITH ASSOCIATES, P.C.,

    Defendants.

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Garnishee.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion to Consolidate (Doc 18 - filed September 25, 2012) is **GRANTED**.  All further documents shall be filed with the caption as stated above.


Dated:  October 1, 2012