IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01259-LTB-KLM (Consolidated with 12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

_____

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

CHADWICK PLACE, LLC,
RICHARD A FRIEDMAN, individually,
RAF, LLC,
JSM BUILDERS, INC.,
JEREMY S. MACGRAY, individually,
SOUND CONSTRUCTION, INC.,
ROGER KAROLEWSKI, individually,
KJC, INC.,
KIRK JONES CONSTRUCTION, INC.,
KIRK JONES, individually,
PITT ROOFING AND CONSTRUCTION, INC., and
ERIC SMITH ASSOCIATES, P.C.,

    Defendants,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Garnishee.

_____

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff American Family Mutual Insurance Company's ("American Family") **Unopposed Motion to Vacate and Reset the Final Pre-Trial Conference** [#48][1] (the "Motion to Reset") and Plaintiff American Family's **Unopposed Motion for Extension of Time to File Replies to Motions for Summary Judgment** [#49] (the "Extension Motion"). In the Motion to Reset, Plaintiff American Family asks the Court to reset the Final Pretrial Conference to a date after November 15, 2013. *Motion to Reset* [#48] at 2. In the Extension Motion, Plaintiff American Family requests that the parties' deadline to respond to the two pending motions for summary judgment [##33, 34] be extended from October 28, 2013 to November 8, 2013. *Extension Motion* [#49] at 2. In addition, the Court notes that a five-day bench trial is scheduled to begin on December 16, 2013. *Scheduling Order* [#24] § 10.d.

IT IS HEREBY **ORDERED** that the Extension Motion [#49] is **GRANTED**. The parties' may file reply briefs in support of the two pending motions for summary judgment [##33, 34] on or before **November 8, 2013**.

IT IS FURTHER **ORDERED** that the Motion to Reset [#48] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for November 5,

---

[1] "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Order and Recommendation.

2013 at 10:30 a.m. is **VACATED** and **RESET** to **December 2, 2013** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **November 25, 2013**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

IT IS FURTHER **RECOMMENDED** that the five-day Bench Trial scheduled to commence on December 16, 2013, be reset to a date convenient to the District Judge.

Dated: October 22, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge