**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01259-LTB-KLM (Consolidated w/12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

       Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

       Defendants.

_____

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

       Plaintiff,

vs.

CHADWICK PLACE, LLC,
RICHARD A. FRIEDMAN, individually,
RAF, LLC,
JSM BUILDERS, INC.,
JEREMY S. MACGRAY, individually,
SOUND CONSTRUCTION, INC.,
ROGER KAROLEWSKI, individually,
KJC, INC.,
KIRK JONES CONSTRUCTION, INC.,
KIRK JONES, individually,
PITT ROOFING & CONSTRUCTION, INC., and
ERIC SMITH ASSOCIATES, P.C.,

       Defendants,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

       Garnishee.

1

## ORDER

This case is before me on the recommendation of the Magistrate Judge issued and served on October 15, 2013 (Doc 47). No party has filed specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE as to the unserved Defendants, specifically Defendants Chadwick Place, LLC, Richard A. Friedman, RAF LLC, Jeremy S. MacGray, Sounds Construction, Inc., Roger Karolewski, KJC Inc., Kirk Jones Construction, Inc., Kirk Jones, Pitt Roofing & Construction, Inc., and Eric Smith Associates, P.C., pursuant to Fed. R. Civ. P. 4(m).

BY THE COURT:

　　s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 30, 2013