IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01259-LTB-KLM (Consolidated with 12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

_____

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Garnishee.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate the Final Pre Trial Conference** [#56][1] (the "Motion"). In consideration of the pending dispositive motions [##33, 34],

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for December 2, 2013, at 11:00 a.m. is **VACATED**.  The Court will reset the Final Pretrial Conference, if necessary, after resolution of the pending motions for summary judgment [##33, 34].

      Dated:  November 26, 2013