**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01259-LTB-KLM (Consolidated w/ 12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

---

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

JSM BUILDERS, INC.,

    Defendants.

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Garnishee.

---

**ORDER FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55(b)**

---

UPON MOTION by American Family Mutual Insurance Company, and being fully advised in the matter, **IT IS HEREBY ORDERED** that Plaintiff's motion for Default Judgment is **GRANTED**, and default judgment is entered pursuant to F.R.C.P. 55 as follows:

(1) The name of the party to whom the judgment is granted is: AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation.

(2) The name of the party against whom judgment is being taken is: JSM BUILDERS, INC., a Colorado corporation.

(3) Venue and jurisdiction have been considered and are proper.

(4) Judgment is granted in favor of American Family and against JSM Builders, Inc. on American Family's claim for declaratory relief.

(5) Defendant JSM Builders, Inc. is bound by the findings of fact, conclusions of law and Orders entered June 27, 2014 in [Doc. 59] and September 9, 2014 in [Doc. 66] and for such other relief as the Court deems just and appropriate.

DONE this  22th  day of September, 2014.

BY THE COURT:

 s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE