IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-01259-LTB-KLM (Consolidated w/ 12-cv-01805-LTB)

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

JSM BUILDERS, INC., a Colorado corporation, and
CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Defendants.

---

CHADWICK PLACE AT STEAMBOAT HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

JSM BUILDERS, INC.,

    Defendant.

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Garnishee.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on September 9, 2014, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Magistrate Judge's recommendations are CORRECT. It is

FURTHER ORDERED that the Motion of American Family Mutual Insurance Company for Summary Judgment is GRANTED. It is

FURTHER ORDERED that summary judgment is hereby entered in favor of Plaintiff, American Family Mutual Insurance Company, and against Defendant, Chadwick Place at Steamboat Homeowners Association, Inc. It is

FURTHER ORDERED that Plaintiff, American Family Mutual Insurance Company shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  22nd  day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/E. Seamon
E. Seamon, Deputy Clerk